```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

LUIS ALONSO ANDINO DIAZ,       *

    Petitioner,               *

vs.                            *  CASE NO.  4:13-CV-146-CDL-MSH
                                                                    28 U.S.C. § 2241

UNITED STATES IMMIGRATION &    *
CUSTOMS ENFORCEMENT,
                                        *

    Respondent.
                                        *


## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on October 28, 2013.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.  The Court also notes that the Petitioner has reportedly been removed to Honduras, and therefore, he is no longer in custody, which would appear to make his claim moot.

    IT IS SO ORDERED, this 6th day of November, 2013.

                                                                      s/Clay D. Land
                                                                       CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE